IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN THE MATTER OF: ) CASE NO. 05-80448
) JUDGE SHEA-STONUM
FREDERICK R. MATHEWS JR. ) CHAPTER 7
MICHELE A. MATHEWS )
)
DEBTORS )

## TRANSMITTAL OF UNCLAIMED FUNDS

KATHRYN A. BELFANCE, Trustee of this estate, reports the following:

1. Sixty days have passed since the initial distribution in this case. The following checks have been returned undeliverable and/or stop payments have been issued on all outstanding checks. The names of the persons to whom such un-negotiated checks were issued, the amount of such checks and their last known addresses are:

MEDICINE SHOPPE, INTL., INC.      $9,238.16
ATTN: WENDY WALSH
1100 N. LINDBERGH BLVD.
ST. LOUIS, MO 63132-2914

2. Trustee's check for $9,238.16, payable to the Clerk of the United States Bankruptcy Court, is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: November 12, 2010

KATHRYN A. BELFANCE
KATHRYN A. BELFANCE
TRUSTEE

ck #104
receipt #81921